AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J&J Sports Productions Inc,<br>*Plaintiff*<br>v.<br>Guadalajara, Inc., d/b/a Guadalajara Mexican Restaurant; Josefina Macias,<br>*Defendant* | )<br>)<br>)  Civil Action No.   6:14-cv-01703-BHH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☑ the plaintiff J&J Sports Productions, Inc. recover from the defendants Guadalajara, Inc. And Josefina Macias, the amount of Twenty-seven thousand, nine hundred and seventeen dollars and 50/100 ($27,917.50), along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☑ decided by the Honorable Bruce Howe Hendricks.

Date:   January 27, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/Ashley Buckingham
                                                        *Signature of Clerk or Deputy Clerk*